UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
[CLERK'S stamp]

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY ) <br> as subrogee of Arnold and Marsha Katz ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONEYWELL INTERNATIONAL, INC. ) <br> ) <br> Defendant. ) | C. A. NO.: 04-30052-KPN <br> U.S. DISTRICT COURT <br> DISTRICT OF MASS. <br><br> NOTICE OF MOTION <br> OF ADMISSION OF <br> COUNSEL *PRO HAC VICE* <br><br> **JURY TRIAL DEMANDED** |

**PLEASE TAKE NOTICE**, that upon the annexed Affidavits of James P. Cullen, Jr., Esquire and Kathleen P. Loughhead, Esquire, sworn to the 7th of April, 2004, the Affirmation of Patrick D. Cullen, Esquire, sworn to the 14th of April, 2004 and all pleadings and proceedings heretofore and herein, the undersigned will move the Court on submission or as soon thereafter as counsel may be heard for an Order of the Court granting Plaintiff's Motion to admit James P. Cullen, Jr., Esquire and Kathleen P. Loughhead, Esquire, members in good standing of the Bar of the Commonwealth of Pennsylvania, to appear and act as counsel in the above-captioned case *pro hac vice* pursuant to the General Rules of the United States District Court for the District of Massachusetts, and for other and further relief as this Court deems just and equitable and in furtherance of the ends of justice.

Respectfully submitted,

**FILING FEE PAID:**
RECEIPT # 305635
AMOUNT $ 115.00
BY DPTY CLK _mbh_
DATE 5/28/04

BY: _[signature]_
PATRICK D. CULLEN, ESQUIRE
Strong & Cullen, P.C.
50 Elm Street, Suite 6
Worcester, MA 01609
Attorney for Plaintiff
Great Northern Insurance Company
as subrogee of Arnold and Marsha Katz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY )<br>as subrogee of Arnold and Marsha Katz )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL, INC. )<br>)<br>Defendant. ) | C. A. No.: 04-30052-KPN<br><br>**AFFIRMATION OF<br>PATRICK D. CULLEN,<br>ESQUIRE** |

NOW COMES Patrick D. Cullen, Esquire, counsel for Plaintiff, and respectfully moves this Court to enter an Order, in the form attached, for the admission *pro hac vice* of James P. Cullen, Jr., Esquire, and Kathleen P. Loughhead, Esquire to appear herein as counsel for Plaintiff.

In support of this motion, Movant states as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and represent the Plaintiff in this matter.

2. I have been acting as local counsel for Plaintiff with respect to this matter.

3. As counsel for Plaintiff, I have cooperated with Mr. Cullen and Ms. Loughhead, who have also prepared the case and are ready to proceed with discovery and trial, such that granting this motion will not delay the preparation or trial of this case.

4. I know Mr. Cullen and Ms. Loughhead to be a qualified attorneys with experience in the area of product liability and property damage litigation, such issues being presented in the instant lawsuit, and to be members in good standing of the Bar of the Commonwealth of Pennsylvania.

5. The Commonwealth of Pennsylvania grants *pro hac vice* admission to duly licensed attorneys from the Commonwealth of Massachusetts.

6. In further support of its motion, Movant incorporates, by reference, the annexed Affidavit of James P. Cullen, Jr., Esquire [See Exhibit "A"] and Kathleen P. Loughhead, Esquire [See Exhibit "B"].

WHEREFORE, Movant respectfully requests that the Court grant an Order allowing the admission *pro hac vice* of James P. Cullen, Jr., Esquire and Kathleen P. Loughhead, Esquire to practice with respect to the above entitled action.

Respectfully submitted,

BY: _____
Patrick D. Cullen, Esquire
Strong & Cullen, P.C.
50 Elm Street, Suite 6
Worcester, MA 01609
(508) 792-4433
Attorney for Plaintiff
Great Northern Insurance Company

Date: April 14, 2004

2