UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY )<br>as subrogee of Arnold and Marsha Katz )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL, INC. )<br>)<br>Defendant. ) | C. A. NO.: 04-30052-KPN<br><br>**AFFIDAVIT OF**<br>**KATHLEEN P.**<br>**LOUGHHEAD, ESQUIRE** |

I, KATHLEEN P. LOUGHHEAD, ESQUIRE, being duly sworn, depose and say:

1. I am a resident of the Commonwealth of Pennsylvania, a practicing attorney in Philadelphia, Pennsylvania and member of the law firm of Cozen O'Connor, located at 1900 Market Street, Philadelphia, Pennsylvania.

2. I am duly licensed and admitted to practice law by the Commonwealth of Pennsylvania, having Attorney Identification No. 53827. [A copy of my Certificate of Good Standing is annexed hereto].

3. I was admitted to practice in the Courts of the Commonwealth of Pennsylvania in 1988. I was admitted to practice in the Courts of the State of New York in November 2001. I am duly admitted to practice before the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. I am a member in good standing in these jurisdictions.

4. I have never been held in contempt of court, censured, suspended or disbarred by any court.

5. An established attorney-client relationship exists between Plaintiff and my firm, and my client has requested that I represent its interests in this matter.

6.  The nature of this action involves complex legal and factual issues pertaining to product liability and property damage litigation. I have handled these types of cases in the past and have developed an expertise in these matters.

7.  If the Court shall allow my Motion to Appear *Pro Hac Vice* in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination hereof and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the Bar of the Commonwealth of Massachusetts in all respects, as if I were regularly admitted and a licensed member.

8.  I am associated with Patrick D. Cullen, Esquire, an attorney who is duly and legally admitted to practice in the Commonwealth of Massachusetts, and upon whom service may be had in all matters connected with the above-captioned case and any disciplinary matter arising out of same, with the same effect as if personally made on me.

_____
KATHLEEN P. LOUGHHEAD, ESQUIRE

Sworn to and subscribed
before me this 7th day
of April, 2004.

_____
Notary Public

> NOTARIAL SEAL
> DIANE M. MELLON, Notary Public
> City of Philadelphia, Phila. County
> My Commission Expires April 3, 2006

2



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Kathleen P. Loughhead, Esq.**

DATE OF ADMISSION

*November 30, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 18, 2004

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY )<br>as subrogee of Arnold and Marsha Katz )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL, INC. )<br>)<br>Defendant. ) | C. A. NO.: 04-30052-KPN<br><br>**ORDER ADMITTING**<br>**COUNSEL *PRO HAC VICE*** |

**THIS MATTER** comes before the Court upon the motion to permit James P. Cullen, Jr., Esquire, and Kathleen P. Loughhead, Esquire, members in good standing of the Bar of the Commonwealth of Pennsylvania, to conduct proceedings in the above entitled case *pro hac vice*. As it appears from the motion, and any responses thereto, Mr. Cullen and Ms. Loughhead, are duly admitted members, in good standing, of the Bar of the Commonwealth of Pennsylvania, and as good cause exists for the relief sought, and as the Movant has certified that Mr. Cullen and Ms. Loughhead are ready to proceed, such that the granting of this motion will not delay this action;

**IT IS ORDERED** this ____ day of _____, 2004, that James P. Cullen, Jr., Esquire and Kathleen P. Loughhead, Esquire, be admitted to appear *pro hac vice* in connection with the above entitled case.

BY THE COURT:


_____
J.