UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, AS SUBROGEE OF ARNOLD AND MARSHA KATZ,<br>    Plaintiff<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br>    Defendant | CIVIL ACTION NO.:<br>04-30052-KPN |

**DEFENDANT'S, HONEYWELL INTERNATIONAL INC.'S, CORPORATE DISCLOSURE PURSUANT TO FED.R.CIV.P. 7.1 AND L.R. 7.3**

Honeywell International Inc. was formed on or about December 1, 1999 as the result of a merger between Honeywell Inc. and AlliedSignal, at which time AlliedSignal changed its name to Honeywell International Inc.

No publicly held company owns 10% or more of the stock of Honeywell International Inc.

Date: 6/2/04

THE DEFENDANTS,
HONEYWELL INTERNATIONAL INC.,
BY ITS ATTORNEY,

Anthony M. Campo, BBO# 552093
Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Brian F. Breen, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

> Patrick D. Cullen, Esq.
> Strong & Cullen, P.C.
> 50 Elm Street, Suite 6
> Worcester, MA 01609

SIGNED UNDER THE PENALTIES OF PERJURY THIS 3 DAY OF June, 2004.

_____
Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775