UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
GREAT NORTHERN INSURANCE COMPANY,   )
AS SUBROGEE OF ARNOLD AND           )
MARSHA KATZ,                        )
     Plaintiff                      )      CIVIL ACTION NO.:
                                    )      04-30052-KPN
v.                                  )
                                    )
HONEYWELL INTERNATIONAL INC.,       )
     Defendant                      )
```

**JOINT STATEMENT OF THE PARTIES AND PROPOSED PRETRIAL SCHEDULE**

Pursuant to Fed.R.Civ.P. 16(b) & (c) and 26(f) and L.R. 16.1(D), plaintiff and defendant submit this Joint Statement and Proposed Pretrial Schedule.

1. <u>Brief Background</u>

Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(B), undersigned counsel for the parties communicated by telephone conference on **June 29, 2004**.

2. <u>Trial by Magistrate</u>

The parties are unwilling at this time to assent to trial before a magistrate judge.

3. <u>Phased Discovery</u>

The parties have discussed the concept of phased discovery, and believe that it would be helpful in the particular circumstances of this case. Fact discovery will be completed, expert reports exchanged, and then ADR considered. If Adr does not resolve the case, expert depositions will be completed.

4.  Automatic Disclosures

Automatic disclosures pursuant to Fed.R.Civ.P. 26(a)(1) shall be completed by August 2, 2004. (if not altered the date automatic disclosures would be due is August 2, 2004).

5.  Proposed Discovery Plan

The parties propose that discovery be conducted in accordance with the following provisions:

a.  It is expected that the parties will propound interrogatories, requests for production of documents, and requests for admissions. The parties shall serve initial discovery requests by **August 2, 2004**. Nothing herein shall limit the parties to propound additional discovery requests in the form of interrogatories, requests for documents, admissions and/or other discovery requests as provided under the applicable Federal Court Rule of Civil Procedure and/or Local Rule.

b.  Depositions of Fact Witnesses

(i) All discovery deposition of fact witnesses shall be concluded no later than **December 31, 2004.** Depositions of fact witnesses unlikely to be available to testify at trial, and taken for the purpose of eliciting trial testimony, may be taken later than December 31, 2004, insofar as the parties and the witness may agree or the court may order.

c.  Fact Discovery

All fact discovery shall be completed by **January 15, 2005**.

d.  Expert Disclosures

(i) The plaintiffs shall provide their Rule 26(a)(2) disclosure with respect to proposed trial experts no later than **February**

        **1, 2005**. The defendant shall provide its Rule 26(a)(2) disclosure with respect to proposed trial experts no later than **March 1, 2005**. Expert depositions will be completed by March 30, 2005.

6.        <u>Schedule for Motions</u>

        a.   Motions to amend the pleadings shall be filed no later than **November 1, 2004**.

        b.   Motions to add third-party defendants shall be filed no later than **November 1, 2004**, except insofar as any amendment to the complaint allowed after the date of this order may make such addition appropriate.

        c.   Dispositive motions shall be filed no later than **April 15, 2005**.

7.        <u>Final Pretrial Conference and Trial Date</u>

The final pretrial conference should be convened on a date convenient to the court during **May 2005**. Trial should be scheduled for a date convenient to the court in **June 2005**.

8.   <u>Modification of Proposed Discovery Plan</u>

The parties agree that the provisions of the proposed discovery plan set forth herein shall be modified by the parties only by order of the court, and only upon a showing of good cause supported by affidavits, other evidentiary materials or references to pertinent portions of the records.

9.  Settlement Proposals

    Plaintiff's claim is for a sum certain. Defendant has yet to make an offer, given the need to evaluate the claim, through the discovery process.

| THE DEFENDANT, | THE PLAINTIFF, |
|---|---|
| HONEYWELL INTERNATIONAL INC. | GREAT NORTHERN INS. CO., |
| BY ITS ATTORNEYS | BY ITS ATTORNEY, |
| | |
| /s/ Anthony M. Campo | /s/ James P. Cullen, Jr. |
| Anthony M. Campo, BBO# 552093 | James P. Cullen, Jr. |
| Brian F. Breen, BBO# 657188 | Cozen & O'Connor |
| Boyle, Morrissey & Campo, P.C. | 1900 Market Street |
| 25 Stuart Street | Third Floor |
| Boston, MA 02116 | Philadelphia, PA 19103 |
| (617) 451-2000 | (215) 665-4105 |
| FAX: (617) 451-5775 | |