UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE   )
COMPANY, AS SUBROGEE OF    )
ARNOLD and MARSHA KATZ,    )
                Plaintiff   )
                        )
    v.                        )   Civil Action No. 04-30052-KPN
                        )
                        )
HONEYWELL INTERNATIONAL, INC., )
                Defendant   )

<u>SCHEDULING ORDER</u>
July 19, 2004

NEIMAN, U.S.M.J.

     The following schedule was established at the initial scheduling conference held this day:

1.    The parties shall complete their automatic disclosures by August 2, 2004.

2.    All written discovery shall be served by August 2, 2004.

3.    Non-expert depositions shall be completed by December 30, 2004.

4.    Plaintiff shall designate and disclose information regarding its trial experts as required by F<small>ED</small>. R. C<small>IV</small>. P. 26(a)(2) by February 1, 2005.

5.    Defendant shall designate and disclose information regarding its trial experts as required by F<small>ED</small>. R. C<small>IV</small>. P. 26(a)(2) by March 1, 2005.

6.    Counsel shall appear for a case management conference on March 10, 2005, at 10:00 a.m. in Courtroom Three.

7. All expert depositions shall be completed by March 30, 2005.

IT IS SO ORDERED.

DATED: July 19, 2004

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge