UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, AS SUBROGEE OF ARNOLD AND MARSHA KATZ,<br>    Plaintiff<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br>    Defendant | CIVIL ACTION NO.:<br>04-30052-KPN |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

This is to certify that the defendant, HONEYWELL INTERNATIONAL INC., and its counsel have conferred to establish a budget for the full litigation of the above-captioned matter, as well as a budget for various alternatives.

The defendant and their counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4 and have determined that they need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

_____
Honeywell International Inc.
By: Asst Secretary

_____
Anthony M. Campo
Boyle, Morrissey & Campo
25 Stuart Street
Boston, MA 02116

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Brian F. Breen, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

>Patrick D. Cullen, Esq.
>Strong & Cullen, P.C.
>50 Elm Street, Suite 6
>Worcester, MA 01609

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19 DAY OF July, 2004.

Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775