UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY ) <br> as subrogee of Arnold and Marsha Katz ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONEYWELL INTERNATIONAL, INC. ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> **JURY TRIAL DEMANDED** <br><br><br> No. 04-30052-KPN |

## PLAINTIFF'S RULE 16.1 CERTIFICATION

This filing certifies that Plaintiff, Great Northern Insurance Company, as subrogee of Arnold and Marsha Katz, and its counsel, have conferred to both review a budget for litigation, as well as a budget for various alternatives. Plaintiff and its counsel have further discussed resolution of this litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4. Based on contact with defendant, defendant requires additional information before determining whether the case can be resolved through settlement, ADR, or full litigation, and, as such, plaintiff and its counsel have determined that they will proceed with litigation, until such time as defendant advises regarding its position concerning settlement, ADR, or continued litigation.

    Plaintiff Great Northern Insurance Company
    a/s/o Marsha and Arnold Katz
    By Its Attorney

    /s/ JAMES P. CULLEN, JR. ESQUIRE
    JAMES P. CULLEN, JR., ESQUIRE
    The Atrium – Third Floor
    1900 Market Street
    Philadelphia, PA  19103
    (215) 665-4102
    (215) 665-2013

CO-COUNSEL:
Patrick D. Cullen, Esquire (BBO#647058)
Strong & Cullen, P.C.
50 Elm Street, Suite 6
Worcester, MA  01609
(508) 792-4433

**CERTIFICATE OF SERVICE**

      I, James P. Cullen, Jr., Esquire, do hereby certify that I have this 23rd day of July, 2004, forwarded a copy of the Rule 16.1 Certification to defense counsel via electronic filing and U.S. Mail, First Class postage prepaid, addressed as follows:

George W. Flynn, Esquire
Flynn, Gaskins & Bennett, LLP
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402


Brian F. Breen, Esquire
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116

      /s/JAMES P. CULLEN, JR. ESQUIRE
      JAMES P. CULLEN, JR., ESQUIRE