UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE COMPANY, )
AS SUBROGEE OF ARNOLD AND )
MARSHA KATZ, )
    Plaintiff )
                                     )   CIVIL ACTION NO.:
                                      )   04-30052-KPN
v. )
 )
HONEYWELL INTERNATIONAL, INC., )
    Defendant )

FILING FEE PAID:
RECEIPT # 305683
AMOUNT $ 100.00
BY DPTY CLK MH
DATE 8/2/04

**MOTION OF DEFENDANT AND DEFENDANT'S COUNSEL FOR PRO HAC VICE ADMISSION OF GEORGE FLYNN, ESQ. AND LORI SEMKE, ESQ.**

Pursuant to L.R. 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant and it's undersigned counsel move the Court for the admission *pro hac vice* of George Flynn, Esq. and Lori Semke, Esq. of the firm Flynn, Gaskins & Bennett, LLP as co-counsel for defendant in this case. Attached hereto in support of this motion and as required by L.R. 83.5.3(b) are the affidavits of George Flynn, Esq. and Lori Semke, Esq., respectively, certifying that (1) each is a member of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against either of them as members of the bar in any jurisdiction; and (3) each is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Defendant submits that it wishes to have Attorneys Flynn and Semke as co-counsel for it in this case and that it is in defendant's

best interest. Wherefore, defendant and defendant's undersigned counsel respectfully request the Court grant their motion and admit *pro hac vice* George Flynn, Esq. and Lori Semke, Esq. of the firm Flynn, Gaskins & Bennett, LLP as co-counsel for the defendant in this case.

Date: 7/27/04

THE DEFENDANT,
HONEYWELL INTERNATIONAL INC.,
BY ITS ATTORNEYS,

Anthony M. Campo, BBO# 552093
Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Brian F. Breen, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Patrick D. Cullen, Esq.
Strong & Cullen, P.C.
50 Elm Street, Suite 6
Worcester, MA 01609

James P. Cullen, Jr., Esq.
Cozen O'Connor
1900 Market St.
The Atrium - Third Floor
Philadelphia, PA 19103

SIGNED UNDER THE PENALTIES OF PERJURY THIS 27 DAY OF July, 2004.

Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775