UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S

U.S. DISTRICT COURT

GREAT NORTHERN INSURANCE COMPANY, )
AS SUBROGEE OF ARNOLD AND )
MARSHA KATZ, )
    Plaintiff )
    ) CIVIL ACTION NO.:
    ) 04-30052-KPN
v. )
    )
HONEYWELL INTERNATIONAL, INC., )
    Defendant )

**AFFIDAVIT OF LORI D. SEMKE, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR PRO HAC VICE ADMISSION**

I, Lori D. Semke, Esq., hereby certify that:

1. I make this affidavit in support of defendant's motion for my admission *pro hac vice* as co-counsel for defendant in this case. I am an associate in the law firm of Flynn, Gaskins & Bennett, LLP, 333 South 7th Street, Suite 2900, Minneapolis, Minnesota, 55402.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, namely the bars of the State of Minnesota (1999), and the United States District Court for the District of Minnesota (2000).

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 7th DAY OF
July, 2004.

_____
Lori D. Semke