UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED

U.S. DISTRICT COURT

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY,<br>AS SUBROGEE OF ARNOLD AND<br>MARSHA KATZ,<br>    Plaintiff<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.:
04-30052-KPN

## AFFIDAVIT OF GEORGE W. FLYNN, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR PRO HAC VICE ADMISSION

I, George W. Flynn, Esq., hereby certify that:

1.    I make this affidavit in support of defendant's motion for my admission *pro hac vice* as co-counsel for defendant in this case. I am a partner in the law firm of Flynn, Gaskins & Bennett, LLP, 333 South Seventh Street, Suite 2900, Minneapolis, Minnesota, 55402.

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, namely the bars of the State of Minnesota (1967); the United States District Courts for the District of Minnesota (1967), Iowa (1985), Kansas (1991), New York (1989), and Wisconsin (1992); and the United States Court of Appeals for the Second Circuit (1991), Seventh Circuit (1992), Eighth Circuit (1968), and Tenth Circuit (1991).

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS _____ DAY OF

_____, 2004.

_____
George W. Flynn