UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, )<br>AS SUBROGEE OF ARNOLD AND )<br>MARSHA KATZ, )<br>    Plaintiff )<br>    )<br>v. )<br>    )<br>HONEYWELL INTERNATIONAL INC., )<br>    Defendant ) | CIVIL ACTION NO.:<br>04-30052-KPN |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

Please be advised that Boyle, Morrissey & Campo, P.C., counsel for the defendant, Honeywell International, Inc., in the above-captioned matter, has changed their address to:

    Boyle, Morrissey & Campo, P.C.
    695 Atlantic Ave., 11th Fl.
    Boston, MA 02111.

THE DEFENDANT,
HONEYWELL INTERNATIONAL INC.
BY ITS ATTORNEYS

_/s/_

Anthony M. Campo, BBO# 552093
Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

and

George W. Flynn, MN #30454
Lori D. Semke, MN #0296910
Flynn, Gaskins & Bennett, L.L.P.
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402

```
                    (612) 333-9500
                fax:  (612) 333-9579
```

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Brian F. Breen, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

```
              James P. Cullen, Jr., Esq.
                    Cozen O'Connor
                    1900 Market St.
              Philadelphia, PA  19103-3508
```

SIGNED UNDER THE PENALTIES OF PERJURY THIS _15_ DAY OF _November_, 2004.

_____
Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

2