UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE )
COMPANY, AS SUBROGEE OF )
ARNOLD and MARSHA KATZ, )
                    Plaintiff )
                     )
v. )   Civil Action No. 04-30052-KPN
                     )
                     )
HONEYWELL INTERNATIONAL, INC., )
                  Defendant )

REVISED SCHEDULING ORDER
December 16, 2004

NEIMAN, U.S.M.J.

    The court hereby ALLOWS the parties' Assented to Motion to Amend the Scheduling Order (Document No. 16) and establishes the following schedule:

    1.    Non-expert depositions shall be completed by February 15, 2005.

    2.    Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by March 15, 2005.

    3.    Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by April 15, 2005.

    4.    All expert depositions shall be completed by May 16, 2005.

    5.    Counsel shall appear for a case management conference on May 18, 2005, at 2:00 p.m. in Courtroom Three. The conference scheduled for March 10, 2005 is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: December 16, 2004

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge