UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREE NORTHERN INSURANCE COMPANY, ) <br> AS SUBROGEE OF ARNOLD AND ) <br> MARSHA KATZ, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> HONEYWELL INTERNATIONAL, INC., ) <br>     Defendant ) | CIVIL ACTION NO.: <br> 04-30052-KPN |

**ASSENTED TO MOTION TO AMEND THE SCHEDULING ORDER**

The parties to the above captioned matter hereby move to extend all dates contained in the Court's Scheduling Order dated July 19, 2004 by forty-five (45) days. A copy of the Court's July 19, 2004 Scheduling Order is attached hereto as Exhibit 1. The deadline for non-expert depositions is currently December 30, 2004. The plaintiff is required to disclose its trial experts by February 1, 2005 and defendant is to disclose its trial expert by March 1, 2005. Additionally, a case management conference is scheduled for March 10, 2005 and all expert depositions are to be completed by March 30, 2005. The parties request that all of the above dates be extended by forty-five (45) days.

In support of this request, the parties state that due to scheduling conflicts they are unable to complete the depositions of fact witnesses by the December 30, 2004 deadline. The parties have cooperated in discovery and have worked to complete the discovery within the deadline set forth in the scheduling order. Many of the witnesses to be

deposed are located out-of-state. This fact, as well as scheduling conflicts, have made it impossible to complete fact discovery before December 30, 2004. The parties agree that 45 days is sufficient to complete all remaining discovery.

The parties further agree that it is impractical to require expert disclosures until after the fact witnesses have been deposed. Therefore, the parties request that the court extend all dates in the Scheduling Order by forty-five (45) days and that the case management conference be rescheduled accordingly. The parties request that the new Scheduling Order provide the following:

1. Non-expert depositions shall be completed by February 15, 2005.

2. Plaintiff shall designate and disclose information regarding its trial experts as required by Fed. R. Civ. P. 26(a)(2) by March 15, 2005.

3. Defendant shall designate and disclose information regarding its trial experts as required by Fed. R. Civ. P. 26(a)(2) by April 15, 2005.

4. All expert depositions shall be completed by May 16, 2005.

```
                    THE PLAINTIFF,
                    GREAT NORTHERN INSURANCE CO.,
                    AS SUBROGEE OF ARNOLD AND MARSHA
                    KATZ,
                    BY ITS ATTORNEYS,


                    /s/ James P. Cullen, Jr., BB
                    _____
                    James P. Cullen, Jr.
                    The Atrium - Third Floor
                    1900 Market Street
                    Philadelphia, PA 19103
                    (215) 665-4102




                    THE DEFENDANT,
                    HONEYWELL INTERNATIONAL INC.,
                    BY ITS ATTORNEYS,

Date: 12/15/04      /s/ B F B
                    _____
                    Anthony M. Campo, BBO# 552093
                    Brian F. Breen, BBO# 657188
                    Boyle, Morrissey & Campo, P.C.
                    25 Stuart Street
                    Boston, MA 02116
                    (617) 451-2000
                    FAX: (617) 451-5775
```

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Brian F. Breen, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Patrick D. Cullen, Esq.
Strong & Cullen, P.C.
50 Elm Street, Suite 6
Worcester, MA 01609

James P. Cullen, Jr., Esq.
Cozen O'Connor
1900 Market St.
The Atrium - Third Floor
Philadelphia, PA 19103

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15 DAY OF December, 2004.

Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775