UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, <br> AS SUBROGEE OF ARNOLD AND <br> MARSHA KATZ, <br>     Plaintiff <br> <br> v. <br> <br> HONEYWELL INTERNATIONAL, INC., <br>     Defendant | CIVIL ACTION NO.: <br> 04-30052-KPN |

**AFFIDAVIT OF LORI D. SEMKE IN SUPPORT OF
ASSENTED TO MOTION TO AMEND THE SCHEDULING ORDER**

I, Lori D. Semke, Esq., hereby certify that:

1. I have been admitted *pro hac vice* as counsel for Defendant Honeywell International Inc. in this matter. I make this affidavit in support of the parties' assented-to motion to amend the scheduling order.

2. The parties have cooperated and worked together to complete the discovery within the deadlines set forth in the scheduling order. Plaintiff's counsel James P. Cullen and I have exchanged numerous letters, as well as telephone calls and messages, in October, November and December of 2004 to pinpoint agreeable dates for the five depositions noticed by Honeywell and a deposition Plaintiff intends to notice.

3. The depositions sought by the parties involve out-of-state deponents, as well as deponents located in

Massachusetts. Due to scheduling conflicts, the depositions sought could not be scheduled within the set deadline.

4. Honeywell served subpoenas on five witnesses for depositions that were noticed to be taken on December 9, 2004. Plaintiff's counsel was unavailable at that time, however, as were the homeowners, Arnold and Marsha Katz, who were among the individuals to be deposed. The parties determined that no other mutually agreeable dates were available before December 30, 2004.

5. I have conferred with Plaintiff's counsel James Cullen and both parties agree that a 45-day extension of the deadlines is sufficient to complete the remaining discovery.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15th DAY OF December, 2004.

_____
Lori D. Semke