UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

[illegible stamp]

GREAT NORTHERN INSURANCE COMPANY, )
AS SUBROGEE OF ARNOLD AND          )
MARSHA KATZ,                       )
        Plaintiff                  )    CIVIL ACTION NO.:
                                   )    04-30052-KPN
v.                                 )
                                   )
HONEYWELL INTERNATIONAL, INC.,     )
        Defendant                  )

U.S. DISTRICT COURT
DISTRICT OF MASS

## ASSENTED TO MOTION TO AMEND THE SCHEDULING ORDER

The parties to the above captioned matter hereby move to extend all dates contained in the Court's Revised Scheduling Order dated December 16, 2004 by sixty (60) days. A copy of the Court's December 16, 2004 Revised Scheduling Order is attached hereto as Exhibit 1. The deadline for non-expert depositions is currently February 15, 2005. The plaintiff is required to disclose its trial experts by March 15, 2005 and defendant is to disclose its trial expert by April 15, 2005. Additionally, a case management conference is scheduled for May 18, 2005 and all expert depositions are to be completed by May 16, 2005. The parties request that all of the above dates be extended by sixty (60) days.

In support of this request, the parties state that due to recent discovery they are unable to complete the depositions of fact witnesses by the February 15, 2005 deadline. In particular, at the deposition of Sweatland Oil, which was recently held, numerous new witnesses were identified. The parties have cooperated in discovery and

have worked to complete the discovery within the deadline set forth in the scheduling order. However, the recent discovery of additional witnesses has made it impossible to complete discovery by the deadline. The parties agree that 60 days is sufficient to complete all remaining discovery.

The parties further agree that it is impractical to require expert disclosures until after the fact witnesses have been deposed. Therefore, the parties request that the court extend all dates in the Revised Scheduling Order by sixty (60) days and that the case management conference be rescheduled accordingly. The parties request that the new Scheduling Order provide the following:

1.    Non-expert depositions shall be completed by April 15, 2005.

2.    Plaintiff shall designate and disclose information regarding its trial experts as required by Fed. R. Civ. P. 26(a)(2) by May 15, 2005.

3.    Defendant shall designate and disclose information regarding its trial experts as required by Fed. R. Civ. P. 26(a)(2) by June 15, 2005.

4.    All expert depositions shall be completed by July 15, 2005.

THE PLAINTIFF,
GREAT NORTHERN INSURANCE CO.,
AS SUBROGEE OF ARNOLD AND MARSHA
KATZ,
BY ITS ATTORNEYS,


James P. Cullen, Jr.
The Atrium - Third Floor
1900 Market Street
Philadelphia, PA 19103
(215) 665-4102


THE DEFENDANT,
HONEYWELL INTERNATIONAL INC.,
BY ITS ATTORNEYS,

Date: 2/5/05

Anthony M. Campo, BBO# 552093
Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Brian F. Breen, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Patrick D. Cullen, Esq.
Strong & Cullen, P.C.
50 Elm St., Ste. 6
Worcester, MA  01609

James P. Cullen, Jr., Esq.
Cozen O'Connor
1900 Market St.
Philadelphia, PA  19103-3508

Lori Semke, Esq.
Flynn, Gaskins & Bennett, LLP
333 South Seventh St., Ste. 2900
Minneapolis, MN  55402

SIGNED UNDER THE PENALTIES OF PERJURY THIS _11ᵗʰ_ DAY OF _February_, 20_05_.

Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
695 Atlantic Ave.
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

# EXHIBIT "1"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE        )
COMPANY, AS SUBROGEE OF         )
ARNOLD and MARSHA KATZ,         )
                    Plaintiff   )
                                )
        v.                      )        Civil Action No. 04-30052-KPN
                                )
                                )
HONEYWELL INTERNATIONAL, INC.,  )
                    Defendant   )

REVISED SCHEDULING ORDER
December 16, 2004

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Assented to Motion to Amend the

Scheduling Order (Document No. 16) and establishes the following schedule:

1.    Non-expert depositions shall be completed by February 15, 2005.

2.    Plaintiff shall designate and disclose information regarding its trial experts

      as required by FED. R. CIV. P. 26(a)(2) by March 15, 2005.

3.    Defendant shall designate and disclose information regarding its trial

      experts as required by FED. R. CIV. P. 26(a)(2) by April 15, 2005.

4.    All expert depositions shall be completed by May 16, 2005.

5.    Counsel shall appear for a case management conference on May 18,

      2005, at 2:00 p.m. in Courtroom Three.  The conference scheduled for

      March 10, 2005 is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: December 16, 2004

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge