UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY )<br>as subrogee of Arnold and Marsha Katz )<br>                                                                    )<br>                              Plaintiff,              )<br>                                                                    )<br>v.                                                               )<br>                                                                    )<br>HONEYWELL INTERNATIONAL, INC.    )<br>                                                                    )<br>                              Defendant.         ) | C. A. NO.: 04-30052-KPN |

## STIPULATION OF DISMISSAL

**THE PARTIES HEREBY AGREE** to dismiss, with prejudice and without costs, all claims brought in this matter.

/s/ James P. Cullen, Jr., Esquire
James P. Cullen, Jr., Esquire
Cozen O'Connor
The Atrium - Third Floor
1900 Market Street
Philadelphia, PA 19103
(215) 665-4102
(215) 665-2013
Attorneys for Great Northern Insurance Company
a/s/o Arnold and Marsha Katz

DATED: April 1, 2005

CO-COUNSEL
Patrick D. Cullen, BBO #647058
Strong & Cullen, P.C.
50 Elm Street, Suite 6
Worcester, MA 01609
(508) 792-4433

  /s/ George W. Flynn, Esquire
George W. Flynn, MN #30454
Lori D. Semke, MN #0296910
Flynn, Gaskins & Bennett, LLP
333 S. Seventh Street
Suite 2900
Minneapolis, MN 55402
(612) 333-90500
(410) 333-9579
Attorneys for Defendant Honeywell
International, Inc.

DATED: April 1, 2005

CO-COUNSEL
Anthony M. Campo, BBO #552093
Brian F. Breen, BBO #657188
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000

**SO ORDERED BY THE COURT:**

_____
J.

DATED:

Case 3:04-cv-30052-MAP    Document 23    Filed 04/01/2005    Page 2 of 2