UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY,<br>AS SUBROGEE OF ARNOLD AND<br>MARSHA KATZ,<br>    Plaintiff<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br>    Defendant | CIVIL ACTION NO.:<br>04-30052-KPN |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant, Honeywell International, Inc., in the above captioned action.

Date: 4/7/05

Brian J. Donegan, BBO# 648501
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775