UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, )<br>AS SUBROGEE OF ARNOLD AND )<br>MARSHA KATZ, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL, INC., )<br>    Defendant )| CIVIL ACTION NO.:<br>04-30052-KPN |

NOTICE OF WITHDRAWAL

Please withdraw my appearance as attorney for the defendant, Honeywell International, Inc., in the above-captioned matter.

As grounds therefore, the defendant states that successor counsel has entered his appearance, a copy of which is attached.

THE DEFENDANT,
HONEYWELL INTERNATIONAL, INC.,
BY ITS ATTORNEY,

DATED: 4/7/05

Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000

6291\PLEAD\now bfb