04CV 30052-KPN

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Brian J. Donegan, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Patrick D. Cullen, Esq.
Strong & Cullen, P.C.
50 Elm St., Ste. 6
Worcester, MA 01609

James P. Cullen, Jr., Esq.
Cozen O'Connor
1900 Market St.
Philadelphia, PA 19103-3508

Lori Semke, Esq.
Flynn, Gaskins & Bennett, LLP
333 South Seventh St., Ste. 2900
Minneapolis, MN 55402

SIGNED UNDER THE PENALTIES OF PERJURY THIS ___7___ DAY OF ___April___, 20_05_.

Brian J. Donegan, BBO# 648501
Boyle, Morrissey & Campo, P.C.
695 Atlantic Ave.
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775